FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

Stacy Paul Bryant
(Enter above the full name of the plaintiff
in this action.)

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 1 0 2007

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Prisoner ID No. 28035

V.                                    CASE NO. 07-6031

Garland County Detetion Center
Capt. Mel Steed
Tommy Harmon
(Enter above the full name of the defendant,
or defendants, in this action.)

I.      Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes _____     No  X

   B.   If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.   Parties to this lawsuit

             Plaintiffs: _____

             _____

             Defendants: _____

             _____

        2.   Court (if federal court, name the district; if state, name the county:

             _____

             _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: _Garland County Detention Center_

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

 A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

 Yes _X_   No _____

 B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>**FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**</u>

 C. If your answer is NO, explain why not: _____

 _I can not attach copies because G.C.D.C. will not give me copies of the forms I Requested. They want to charge me for copies. I have no money for this._

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

 A. Name of plaintiff: _Stacy Paul Bryant_
 Address: _525 Ouachita AVE. A107 Inmate ID# 28035 Hot Springs, AR. 71901_

III. B

Capt. Steed,

My name is Stacy Bryant and I would like to have a copy of all of my medical records that the nurse has on file. Also a copy of my personal file and a copy of my Booking sheet. Under the Freedom of Information Act I believe I am entitled to this. I would like to have a answer to this request ASAP.

Thank you for your time

Stacy Bryant

3-29-07 (0840)

You are entitled to copies of your fold at .25¢, per copy sheet or your attorney may request copies.

#189

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B.     Defendant: Larry Sanders
Position: Sheriff
Place of Employment: Garland County Detention Center
Address: 525 Ouachita Ave. Hot springs AR 71901

Defendant: Mel Steed
Position: Captian of the Jail
Place of Employment: Garland County Detention Center
Address: 525 Ouachita ave. Hot springs AR 71901

Defendant: Chris Hoar
Position: Cpl.
Place of Employment: Unknow
Address: 138 tallent Place Hotsprings AR. 71913

Defendant: David Avant
Position: Deptuy
Place of Employment: Garland County Detention Center
Address: 525 Ouachita Ave Hot Springs, AR 71901

Defendant: Dewayne Horner
Position: Deputy
Place of Employment: Garland County Detention Center
Address: 525 Ouachita Ave Hot springs, AR 71901

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

**B.** Defendant: Hedrick #308
Position: Deputy
Place of Employment: Garland County Detention Center
Address: 525 Ouachita Ave. Hot Springs AR 71901

Defendant: Scott Kelsnuner
Position: Deputy
Place of Employment: Garland County Detention Center
Address: 525 Ouachita Ave Hot Springs AR 71901

Defendant: Dep. Shirley
Position: Deputy
Place of Employment: unknow (Resigned)
Address: unknow

Defendant: Dr. Kevin Hale
Position: Dr. for Garland County Jail
Place of Employment: unknow
Address: 525 Ouachita Ave Hotsprings AR 71901

Defendant: Tommy Harmon
Position: Nurse
Place of Employment: Garland County Detention Center
Address: 525 Ouachita Ave Hot Springs 71901

-3-

V. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about May 18, 2006 I was taken upstairs to see Dr. Kevin Hale because I had not peed for aleast 5 days. On this day Dr. Hale told Tommy Harmon the nurse for the G.C.D.C. that if I (Stacy Bryant) had not peed by 4:30 pm before he (tommy) left work that I needed to be taken to the hosptial so I (Bryant) could have my urnine drained. I requested sereval Deputys that the Dr. (Hale) said and ordered me to go to the Hosptial. They Deputy's Informed me

VI. **Relief**

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I want to sue G.C.D.C. for Medical Neglect.

I declare (or certify, verify, or state) under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 18th day of April, 20 07.

Stacy Paul Bryant
**Printed Name of Plaintiff**

Stacy P. Bryant
**Signature of Plaintiff**

-4-

## V. Statement of Claims

that the nurse (tommy) had stated that I (Bryant) should wait and see if the medicine helped. For the Next 3 days I ~~kepted~~ Kept asking Every shift of deputy's to take me to the hosptial they all were told to refuse me (Bryant). Final 3 days after I (Bryant) saw the Dr. (Hale), I (Bryant) urinated for the first time in 9 days.