IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STACY PAUL BRYANT                                                                                    PLAINTIFF

v.                          Civil No. 6:07-cv-06031

LARRY SANDERS, Sheriff, Garland
County, Arkansas; MEL STEED, Captain,
Garland County Detention Center; CPL.
CHRIS HOAR, Place of Employment Unknown;
DAVID AVANT, Deputy, Garland County
Detention Center; DEWAYNE HORNER,
Deputy, Garland County Detention Center;
DEPUTY HEDRICK (#308), Garland County
Detention Center; SCOTT KELSNUNER,
Deputy, Garland County Detention Center;
DEPUTY SHIRLEY, Garland County Detention
Center; DR. KEVIN HALE; NURSE TOMMY
HARMON, Garland County Detention Center                                        DEFENDANTS

## ORDER

On June 19, 2007, plaintiff filed a motion for discovery (Doc. 19). Plaintiff asks the court to order the production of his files from the Garland County Detention Center and of various other documents from the defendants.

Under Rule 33 of the Federal Rules of Civil Procedure, any party may serve the other party with written questions or interrogatories. Similarly, Rule 34 of the Federal Rules of Civil Procedure allows parties to request the production of documents. Together, Rule 33 and Rule 34 allow each side to ask questions about the case and examine documents concerning the claims or defenses asserted by the other side.

The rules provide a means for the plaintiff to seek the information directly from the defendants. The motion for discovery (Doc. 19) is denied.

IT IS SO ORDERED this 2nd day of July 2007.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE