IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**STACY PAUL BRYANT**                                           **PLAINTIFF**

**v.**                      **Civil No. 6:07-CV-06031**

**LARRY SANDERS, Sheriff, Garland County, Arkansas; MEL STEED, Captain, Garland County Detention Center; CPL. CHRIS HOAR, Place of Employment Unknown; DAVID AVANT, Deputy, Garland County Detention Center; DEWAYNE HORNER, Deputy, Garland County Detention Center; DEPUTY HEDRICK (#308), Garland County Detention Center; SCOTT KELSNUNER, Deputy, Garland County Detention Center; DEPUTY SHIRLEY, Garland County Detention Center; DR. KEVIN HALE; NURSE TOMMY HARMON, Garland County Detention Center**           **DEFENDANT**

### O R D E R

Now on this 4th day of September, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. Barry A. Bryant** (document #27, filed July 30, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (doc. #22) is hereby **granted and this case is dismissed.**

**IT IS SO ORDERED.**

                                                  **/s/Jimm Larry Hendren**
                                                  **HON. JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**